UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES,

                                                                           No. 19 CR 66-LTS

       -against-

ANGEL REYES,

               Defendant.
-------------------------------------------------------x

## ORDER

       The Court has received Defendant's Emergency Motion to Reduce Sentence and Grant Compassionate Release pursuant to 18 U.S.C. section 3582. (Docket Entry No. 27.) The Government's opposition shall be filed by **December 8, 2020**, and any reply by Defendant shall be filed by **December 22, 2020**. Medical and other sensitive personal information may be redacted from the versions of the submissions filed on the ECF system. Full unredacted versions must be filed with the Clerk of Court in hard copy (together with a copy of this Order authorizing sealed filing of the unredacted versions) and emailed to the chambers of the undersigned at SwainNYSDcorresp@nysd.uscourts.gov.

      SO ORDERED.

Dated: New York, New York
        November 24, 2020

                                                               /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge