UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,      :
                               :
   Plaintiff,                  :
                               :
        -against-            :   Case No. 2:19-CR-66 (LTS)
                               :
ANGEL REYES,                   :   **Order**
                               :
   Defendant.                  :
                               :
-------------------------------X

      WHEREAS, on January 4, 2021, the Court granted defendant's motion pursuant to 18 U.S.C. 3582(c)(1)(A) for a sentence reduction and reduced defendant's sentence to time served;

      WHEREAS, the Court's sentence reduction was stayed for up to fourteen days to allow time to make arrangements, and verify those arrangements, for defendant's admission to a residential drug treatment program;

      WHEREAS, defendant has been admitted to a program approved by and verified by the Probation Department, to which he must report on January 12, 2021;

      WHEREAS, the Federal Defenders have made arrangements to transport defendant to the program on January 12, 2021;

It is hereby ORDERED that the Bureau of Prisons is to release Angel Reyes, 86526-054, on January 12, 2021 no later than 9:00 a.m.; and

It is further ORDERED that the Bureau of Prisons provide to Mr. Reyes at his discharge: (1) a copy of his most recent COVID test results; and (2) a 30-day supply of his prescribed medications—███████████████████████████ ████████████████████████.

Dated:   January  8, 2021

                                                                               /s/ Laura Taylor Swain
Laura Taylor Swain
United States District Judge